

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00688-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Extension of time to file the Clerk's Record is this date NOTED. Time is extended to December 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

Ryan Grant Anderson
The Milam Building
115 E. Travis, Suite 1403
San Antonio, TX 78205

Ronald Rodriguez
The Law Offices of Ronald Rodriguez
A Professional Corporation
915 Victoria Street
Laredo, TX 78040